# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

---

In Re:

Carolina B. Rodriguez,

      Debtor(s).

**Case Number: 24-09751**
**Chapter: 13**

---

## NOTICE OF WITHDRAWAL OF OBJECTION TO PLAN

Notice is hereby given that NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor"), is withdrawing its **Objection to Plan** filed on July 18, 2024 as ECF Doc# 11.

Dated: October 28, 2024

BONIAL & ASSOCIATES, P.C.

/s/ Wesley T. Kozeny
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing

7769-N-4490

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest via the Court's CM/ECF electronic notification system, or pre-paid regular U.S. Mail if indicated below October 28, 2024 :

**Debtor**  *Via U.S. Mail*
Carolina B. Rodriguez
59 Country Club Dr.
Northlake, IL 60164


**Debtor's Attorney**
David H. Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL  60076


**Chapter 13 Trustee**
Marilyn O. Marshall
224 South Michigan Ste 800
Chicago, Illinois 60604


**US Trustee**
Office of the U.S.Trustee
219 S. Dearborn St., Room 873
Chicago, Illinois  60604

    Respectfully Submitted,

    /s/ Wesley T. Kozeny
    Wesley T. Kozeny

7769-N-4490